SAO
**PETER S. CHRISTIANSEN**
Nevada Bar No. 5254
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
**EGLET WALL CHRISTIANSEN**
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
Ph.: (702) 450-5400
Fx.: (702) 450-5451

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN & MORGAN, P.A., | CASE NO. 2:13-cv-02210-GMN-PAL |
| Plaintiff, | |
| vs. | |
| ROBERT EGLET, an individual, ROBERT ADAMS, an individual, MAINOR EGLET, a business entity of unknown type and DOES I through X and ROE CORPORATIONS I through 10, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW Defendants, ROBERT EGLET, ROBERT ADAMS and MAINOR EGLET, by and through their counsel of record, PETER S. CHRISTIANSEN, ESQ., and KENDELEE W. WORKS, ESQ., of EGLET WALL CHRISTIANSEN and Plaintiff, MORGAN & MORGAN, P.A., by and through their counsel of record GARY LOGAN, ESQ., and hereby stipulate and agree as follows:

THE PARTIES STIPULATE AND AGREE THAT the above-referenced matter shall be dismissed in its entirety, with Prejudice;

THE PARTIES FURTHER STIPULATE AND AGREE that each party shall bear their own attorneys fees and costs.

**IT IS SO STIPULATED.**

DATED this 29 day of August, 2014.                    DATED this __ day of Sept, 2014.

_____                      _____
**PETER S. CHRISTIANSEN**                            **GARY LOGAN, ESQ.**
Nevada Bar No. 5254                                  Nevada Bar No. 302
**KENDELEE L. WORKS, ESQ.**                          300 South 4th Street, Suite 701
Nevada Bar No. 9611                                  Las Vegas, Nevada 89101
**EGLET WALL CHRISTIANSEN**                          Ph.: (702) 450-5400
400 South 7th Street, Suite 400                      Fx.: (702) 450-5451
Las Vegas, Nevada 89101                              *Attorney for Plaintiffs*
Ph.: (702) 450-5400
Fx.: (702) 450-5451
*Attorneys for Defendants*

## ORDER

IT IS HEREBY ORDERED the above-referenced matter shall be dismissed in its entirety, with Prejudice.

IT IS FURTHER ORDERED that each party shall bear their own attorneys fees and costs.

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Defendants (ECF No. 11) is hereby **DENIED as moot**.

**DATED** this 2nd day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court